No. 83–1065. COUNTY OF ONEIDA, NEW YORK, ET AL. *v.* ONEIDA INDIAN NATION OF NEW YORK STATE ET AL.; and No. 83–1240. NEW YORK *v.* ONEIDA INDIAN NATION OF NEW YORK STATE ET AL. C. A. 2d Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. The Solicitor General is invited to file a brief in these cases expressing the views of the United States. Reported below: 719 F. 2d 525.

No. 83–5424. AKE *v.* OKLAHOMA. Ct. Crim. App. Okla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 82–1159. METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY *v.* JONES. C. A. 11th Cir. Certiorari denied.

No. 82–5857. APONTE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–227. SCHLANSKY *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–779. LAGLIA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–795. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA ET AL. *v.* DONOVAN, SECRETARY OF LABOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–807. SIEBERT *v.* BAPTIST, DISTRICT DIRECTOR OF INTERNAL REVENUE SERVICE, ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–848. MARTINEZ ET AL. *v.* SMITH, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–857. TOWN OF ORANGETOWN *v.* RUCKELSHAUS, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL AGENCY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–858. BLANTON *v.* UNITED STATES; and No. 83–860. HOOD ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 719 F. 2d 815.